Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Alfonso Andalon

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALFONSO ANDALON, | Case No.: 5:17-cv-00593-PJW |
| Plaintiff, | ORDER OF DISMISSAL AND JUDGMENT |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses. It is further ordered that the counsel's motion to withdraw as counsel of record at Docket 21 is withdrawn.

IT IS SO ORDERED.
DATE: January 25, 2018

*Patrick J. Walsh*
_____
THE HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

-1-